IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-00082-FL

| | |
|---|---|
| LAUREN GRIFFIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR PAYMENT OF ATTORNEY |
| ) | FEES UNDER THE |
| NANCY A. BERRYHILL, ) | EQUAL ACCESS TO JUSTICE ACT |
| Acting Commissioner of Social Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $2,130.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, J. Blair Biser, Hardison and Cochran, PLLC and mailed to his office at 7340 Six Forks Road, Raleigh, NC 27615, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 3rd day of October, 2018.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE