UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

LAUREN GRIFFIN )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 7:17-CV-82-FL
)
NANCY A. BERRYHILL, )
Commissioner of Social Security, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties stipulation for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 3, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $2,130.00.

**This Judgment Filed and Entered on October 3, 2018, and Copies To:**

Jonathan Blair Biser  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Lisa M. Rayo  (via CM/ECF Notice of Electronic Filing)

October 3, 2018        PETER A. MOORE, JR., CLERK
                                  /s/ Sandra K. Collins
                              (By) Sandra K. Collins, Deputy Clerk